

United States District Court
Eastern District of California

| Justin Bakker and Noah Lundgren |
|---|

Plaintiff(s)

V.

| Black Rifle Coffee Co. LLC and BRC INC |
|---|

Defendant(s)

Case Number:  | 2:25-cv-03193-DAD-CSK |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Timothy C. Parlatore _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Black Rifle Coffee Company LLC and BRC INC

On _____ 02/25/2009 _____ (date), I was admitted to practice and presently in good standing in the

_____ State of New York _____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____ 01/09/2026 _____        Signature of Applicant: /s/ Timothy C. Parlatore _____

**Pro Hac Vice Attorney**

Applicant's Name: Timothy C. Parlatore

Law Firm Name: Parlatore Law Group, LLP

Address: 1440 N Edgewood St.

City: Arlington    State: VA    Zip: 22201

Phone Number w/Area Code: (212) 679-6312

City and State of Residence: New York, New York

Primary E-mail Address: timothy.parlatore@parlatorelawgroup.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Trevor Garmey

Law Firm Name: Katten Muchin Rosenman LLP

Address: 2121 Avenue of the Stars

Suite 1100

City: Los Angeles    State: CA    Zip: 90067

Phone Number w/Area Code: (310) 788-4548    Bar # 348234

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 9, 2026

_Dale A. Drozd_

JUDGE, U.S. DISTRICT COURT