

# United States District Court
# Eastern District of California

| Justin Bakker and Noah Lundgren |
| --- |

Plaintiff(s)

Case Number: | 2:25-cv-03193-DAD-CSK |

V.

| Black Rifle Coffee Co. LLC and BRC INC |
| --- |

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Christopher A. Cole hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Black Rifle Coffee Company LLC and BRC INC

On 09/12/1994 (date), I was admitted to practice and presently in good standing in the District of Columbia (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/09/2026

Signature of Applicant: /s/ Christopher A. Cole

**Pro Hac Vice Attorney**

Applicant's Name: Christopher A. Cole

Law Firm Name: Katten Muchin Rosenman LLP

Address: 1919 Pennsylvania Ave NW

Suite 800

City: Washington, D.C.   State: D.C.   Zip: 20006-3404

Phone Number w/Area Code: (202) 625-3550

City and State of Residence: Washington, D.C.

Primary E-mail Address: chris.cole@katten.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Trevor Garmey

Law Firm Name: Katten Muchin Rosenman LLP

Address: 2121 Avenue of the Stars

Suite 1100

City: Los Angeles   State: CA   Zip: 90067

Phone Number w/Area Code: (310) 788-4548   Bar # 348234

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 9, 2026

_Dale A. Drozd_

JUDGE, U.S. DISTRICT COURT