Trevor T. Garmey (SBN 348234)
trevor.garmey@katten.com
Stuart M. Richter (SBN 126231)
stuart.richter@katten.com
KATTEN MUCHIN ROSENMAN LLP
2121 Avenue of the Stars
Suite 1100
Los Angeles, CA 90067-5010
Telephone: +1.310.788.4400

Christopher Cole (*Pro Hac Vice* Pending)
chris.cole@katten.com
Eric Werlinger (*Pro Hac Vice* Pending)
eric.werlinger@katten.com
KATTEN MUCHIN ROSENMAN LLP
1919 Pennsylvania Ave NW, Suite 800
Washington, DC 20006
Telephone: +1.202.625.3500

Timothy Parlatore (*Pro Hac Vice* Pending)
timothy.parlatore@parlatorelawgroup.com
PARLATORE LAW GROUP, LLP
1440 N Edgewood St.
Arlington VA 22201
Telephone: +1.212.679.6312

*Attorneys for Defendants Black Rifle Coffee Company LLC
and BRC, Inc.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN BAKKER and NOAH LUNDGREN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>BLACK RIFLE COFFEE COMPANY LLC and BRC INC.,<br><br>    Defendants. | Case No.  2:25-cv-03193-DAD-CSK<br>Hon. Dale A. Drozd<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE REPLY BRIEFS**<br><br>Filed: 11/21/2025<br><br>**Hearing**<br>Date: April 6, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 4, 15th Floor |

Katten
Katten Muchin Rosenman LLP
2121 Avenue of the Stars, Suite 1100
Los Angeles, CA  90067-5010
+1.310.788.4400 tel  +1.310.788.4471 fax

## JOINT STIPULATION

Defendants Black Rifle Coffee Company LLC and BRC Inc. (collectively, "BRCC") and Plaintiffs Justin Bakker and Noah Lundgren (collectively, "Plaintiffs" and with BRCC, the "Parties") respectfully submit this Joint Stipulation to Extend Defendant's Deadline to File Reply Briefs in Support of Defendants' Special Motion to Strike and Motion to Dismiss, and state as follows:

1.      BRCC filed its Special Motion to Strike on January 9, 2026.

2.      BRCC filed its Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion to Dismiss") on January 9, 2026.

3.      Pursuant to prior stipulation by the Parties, Plaintiffs filed their Oppositions (the "Oppositions") to Defendants' Special Motion to Strike and Motion to Dismiss on January 30, 2026.

4.      On January 31, 2026, BRCC learned from lead counsel Trevor T. Garmey of Katten Muchen Rosenman LLP ("Katten") that Mr. Garmey would shortly join a new firm. The transition was not anticipated, and BRCC wishes for Mr. Garmey to remain as lead counsel, with Parlatore Law Group, presently admitted *pro hac vice*, acting as lead counsel in the interim.

5.      On February 4, 2026, BRCC contacted Plaintiffs through Parlatore Law Group, and based on the transition of Mr. Garmey, requested an additional seven (7) days to submit its Reply Brief in Support of Defendants' Special Motion to Strike, and Reply Brief in Support of Defendants' Motion to Dismiss.  Both submissions are presently due to the Court on February 9, 2026. The new deadline would be February 16, 2026. Plaintiffs agree to this Request.

6.      The requested extension sought is modest, made in good faith, and necessary to ensure that Defendants have sufficient time to completely and adequately address the issues presented.  The extension will not prejudice Plaintiffs, will not affect the hearing date, and will promote the orderly and efficient adjudication of both motions on a fully developed record.

7.      This is Defendants' first request for an extension to respond to Plaintiff's Opposition to each Motion.

///

1   STIPULATED AND DATED THIS 6th of February 2026

2   ZIMMERMAN REED LLP                  KATTEN MUCHIN ROSENMAN LLP

3   /s Ryan Ellersick (with permission)          /s Stuart M. Richter

4   Zimmerman Reed LLP                   Katten Muchin Rosenman LLP

5   6420 Wilshire Blvd Suite 1080        2121 Avenue of the Stars, Suite 1100

6   Los Angeles, CA 90048                Los Angeles, CA 90067

7   Attorneys for Plaintiffs and Defendants

8

9                                       Respectfully submitted,

10                                      KATTEN MUCHIN ROSENMAN LLP

11                                      By:    /s/Stuart M. Richter

12

13                                      Tim Parlatore
                                        1440 N Edgewood St.
14                                      Arlington VA 22201
                                        Telephone: +1.212.679.6312
15                                      timothy.parlatore@parlatorelawgroup.com

16                                      Trevor T. Garmey
                                        trevor.garmey@katten.com
17                                      Stuart M. Richter
                                        stuart.richter@katten.com
18                                      2121 Avenue of the Stars, Suite 1100
                                        Los Angeles, CA  90067-5010
19                                      Telephone 310-788-4548

20                                      Christopher Cole (*Pro Hac Vice* Pending)
                                        chris.cole@katten.com
21                                      Eric T. Werlinger (*Pro Hac Vice* Pending)
                                        eric.werlinger@katten.com
22                                      KATTEN MUCHIN ROSENMAN LLP
                                        1919 Pennsylvania Ave NW, Suite 800
23                                      Washington, DC 20006
                                        Telephone: +1.202.625.3500

24

25                                      *Attorneys for Defendants Black Rifle
                                        Coffee Company LLC and BRC Inc.*

26

27

28

Katten Muchin Rosenman LLP
2121 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067-5010
+1.310.788.4400 tel  +1.310.788.4471 fax

Katten

1

**[PROPOSED] ORDER**

2      IT IS SO ORDERED.  Defendants' deadlines to file their Reply Brief in Support of their

3  Special Motion to Strike and Reply Brief in support of their Motion to Dismiss Pursuant to Fed.

4  R. Civ. P. 12(b)(6) are extended by seven (7) days, from February 9, 2026 to February 16, 2026.

5

6  Dated: _____, 2026                    _____

7                                           The Hon. Dale A. Drozd

8                                           United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Katten

Katten Muchin Rosenman LLP
2121 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067-5010
+1 310 788 4400 tel  +1 310 788 4471 fax